IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES L. ADKINS, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:21-cv-00863 |
| ) | Judge Trauger |
| BILL SPURLOCK, *Director of Rutherford* ) | |
| *County Schools*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On February 18, 2022, the Magistrate Judge issued a Report and Recommendation (Doc No. 16), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED WITHOUT PREJUDICE under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and, further, the Motion to Dismiss filed by the defendant (Doc. No. 8) is DENIED AS MOOT.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge